**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CHECKVELOCITY, INC.,<br>　　　*Plaintiff*,<br><br>　　　　　　v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br>formerly known as RBS Citizens Group, Inc.,<br>　　　*Defendant*. | C.A. No. 15-13382<br><br>REMOVED FROM:<br><br>SUPERIOR COURT OF THE<br>COMMONWEALTH OF<br>MASSACHUSETTS,<br>SUFFOLK COUNTY,<br>BUSINESS LITIGATION<br>SESSION<br>(State Court C.A. No. 15-2810) |

**NOTICE OF REMOVAL**

Defendant Citizens Financial Group, Inc. ("Citizens"), by and through its undersigned

counsel, hereby files its Notice of Removal of this action (the "Action") from the Superior Court

of the Commonwealth of Massachusetts, Suffolk County, Business Litigation Session, to the

United States District Court for the District of Massachusetts.

Citizens appears for the purpose of removal only and for no other purpose, reserves all

defenses and rights available to it, and states as follows:

1.　　　On or about September 17, 2015, Plaintiff commenced the Action in the Superior

Court of the Commonwealth of Massachusetts, Suffolk County, Business Litigation Session,

Docket No. 15-2810.

2.　　　On or about September 17, 2015, Plaintiff emailed a copy of the Complaint to

counsel for Citizens.  Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint is attached hereto

as Exhibit 1.

3.　　　Citizens has not made an appearance in the Action and has not served responsive

pleadings to the Complaint, and no orders have been issued in the Action.

4.      In accordance with the requirements of 28 U.S.C. § 1446(b)(1), this Notice of removal is filed within 30 days of Citizens' receipt, through service or otherwise, of a copy of the Complaint.

5.      Plaintiff CheckVelocity, Inc. alleges that it is a Tennessee corporation with a principal place of business in Nashville, Tennessee.

6.      Defendant Citizens is a corporation organized and existing pursuant to the laws of the State of Delaware with its principal office located at 1 Citizens Plaza, Providence, Rhode Island.

7.      The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8.      Pursuant to 28 U.S.C. § 1446(d), Citizens promptly will file a copy of this Notice of Removal with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Suffolk County, and will serve a copy of the same on counsel for Plaintiff.

9.      Pursuant to Local Rule 81.1(a), within 28 days after filing this notice of removal, Citizens will file with this Court certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court.

WHEREFORE, Citizens respectfully removes the Action now pending in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Business Litigation Session, Docket No. 15-2810, to the United States District Court for the District of Massachusetts.

Dated:  September 18, 2015

Defendant,
CITIZENS FINANCIAL GROUP, INC.,
By its attorneys,


/s/ Geoffrey W. Millsom
Geoffrey W. Millsom (BBO#653821)
Brenna Anatone Force (BBO#681486)
ADLER POLLOCK & SHEEHAN P.C.
1 Citizens Plaza, 8th Floor
Providence, RI 02903
Tel:  (401) 274-7200
Fax:  (401) 351-4607
gmillsom@apslaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within Notice of Removal was sent by email and first-class mail, postage prepaid to the following counsel of record on this 18th day of September, 2015.

Euripides D. Dalmanieras, Esq.
Caroline S. Donovan, Esq.
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
*edalmani@foleyhoag.com*
*cdonovan@foleyhoag.com*

Robert G. McDowell, Esq.
Michael R. Ewing, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
*rmcdowell@bakerdonelson.com*
*mewing@bakerdonelson.com*


/s/ Geoffrey W. Millsom

3

723819.v1